IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JESSY L. McDONALD                                PLAINTIFF

v.                    Civil No. 06-5141

MATTHEW DUNHAM,
Officer Washington County
Detention Center; and the
WASHINGTON COUNTY
DETENTION CENTER                              DEFENDANTS

**O R D E R**

      Plaintiff's complaint was filed in this case on July 31, 2006. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

      Accordingly, it is ordered that plaintiff, Jessy Lee McDonald, complete and sign the attached addendum to his complaint, and return the same to the court **by September 14, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by September 14, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

      IT IS SO ORDERED this 15th day of August 2006.

                                                               /s/ Beverly Stites Jones
                                                              UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JESSY L. McDONALD                                                                                    PLAINTIFF

      v.                            Civil No. 06-5141

MATTHEW DUNHAM,
Officer Washington County
Detention Center; and the
WASHINGTON COUNTY
DETENTION CENTER                                                                                  DEFENDANTS

## ADDENDUM TO COMPLAINT

TO:  JESSY L. McDONALD

     This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by September 14, 2006** Failure to do so will result in the dismissal of your complaint.

     The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

     In your complaint, you allege that you were ordered by the doctor to keep your mattress and receive medication. However, you state you were told you would not be allowed to keep your mattress. You state you have not been allowed health care more than once.

     You also indicate you were beaten by Officer Dunham. Finally, you state that no one will return any of your grievances.

-2-

1.  Please provide the dates of your incarceration at the Washington County Detention Center (WCDC).

    Answer:

    _____

    _____

    _____

    _____

2.  Are you incarcerated solely because of pending criminal charges?

    Answer: Yes _____ No _____.

    If you answered no, please indicate if you are serving a sentence, your probation, parole, or supervised release has been revoked or why you are incarcerated.

    _____

    _____

    _____

    _____

3.  You indicate you were told by the doctor to keep your mattress and your medicine. Please state: (a) when you saw the doctor; (b) what medical condition you have; (c) why the doctor said you should keep your mattress; (d) what medicine you are referring to; and (e) whether you have received the medicine.

    Answer:

    _____

    _____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.   Please state: (a) when your mattress was taken away; (b) who took it away; (c) whether you have a bunk or mattress to sleep on; and (d) if you have a blanket.

Answer:

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

      5.  You allege you were only allowed health care one time.

      (A).  Have you submitted any written requests for medical care?

      Answer:  Yes _____ No _____ .

      If you answered yes, please state how many requests you have written and what response you have received to the requests.

_____

_____

_____

_____

_____

_____

      If you answered no, please state why you have not submitted written requests for medical care.

-5-

_____

_____

_____

_____

_____

(B). Have you been seen by the jail doctor or jail nurse?

Answer: Yes _____ No _____.

If you answered yes, please state: (a) who you were seen by; (b) how many times you were seen; and (c) what treatment you received.

_____

_____

_____

_____

_____

_____

_____

_____

(C). Do you contend the jail doctor or jail nurse have been deliberately indifferent to your serious medical needs?

Answer: Yes _____ No _____.

AO72A
(Rev. 8/82)

If you answered yes, please provide the name of the jail doctor and/or jail nurse and state how you believe each has exhibited deliberate indifference to your serious medical needs. Also indicate what your serious medical needs are.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state who you believe has been denying you medical care and how he or she has been denying you medical care.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

6. You indicate Officer Dunham beat you.

(A). Please state the date and time he beat you.

Answer:

_____

_____

_____

(B). Please describe what was occurring when he beat you.

Answer:

_____

_____

_____

_____

_____

_____

-8-

_____

(C).  Were you refusing to obey orders or resisting in anyway at the time?

Answer:  Yes _____ No _____ .

If you answered yes, please describe how you were refusing to obey orders or resisting.

_____

_____

_____

_____

_____

_____

_____

(D).  Were you charged with a crime or a disciplinary violation as a result of your conduct?

Answer:  Yes _____ No _____ .

If you answered yes, please state:  (a) what crime you were charged with or disciplinary violation you were charged with; (b) whether you pled guilty or were found guilty; and (c) what punishment you received.

_____

_____

_____

_____

_____

_____

_____

_____

_____

      (E).  Please describe the force Officer Dunham used against you.

      Answer:

_____

_____

_____

_____

_____

_____

_____

_____

      (F).  Did you sustain any physical injuries as a result of the use of force?

      Answer:  Yes _____  No _____.

If you answered yes, please describe: (a) the injuries you suffered; (b) the symptoms you experienced; (c) whether you sought, or received, medical care as a result of the injuries; and (d) how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7. The WCDC is a building and not a person subject to suit under § 1983. Are there individuals other than Officer Dunham you intended to name as defendants?

Answer: Yes _____ No _____.

-11-

If you answered yes, please list each individual you intended to name as a defendant and state how he or she violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

8(A).  Are you able to submit grievances?

Answer:  Yes _____ No _____.

If you answered no, please state what you mean when you allege your grievances are not returned.

_____

_____

_____

_____

_____

(B).  Please state how you believe the fact that your grievances are not returned violates your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
JESSY L. McDONALD

_____
DATE