IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JESSY L. McDONALD                                                          PLAINTIFF

v.                    Civil No. 06-5141

MATTHEW DUNHAM,
Officer Washington County
Detention Center; NURSE
RHONDA BRADLEY; and
DR. HOWARD                                                     DEFENDANTS

## **O R D E R**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **January 21, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 2nd day of November 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)