IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JESSY L. McDONALD                                                        PLAINTIFF

       v.                          Civil No. 06-5141

MATTHEW DUNHAM,
Officer Washington County
Detention Center; NURSE
RHONDA BRADLEY; and
DR. HOWARD                                                              DEFENDANTS

## O R D E R

Defendants have filed a motion for summary judgment (Doc. 14). To assist plaintiff in responding to the summary judgment motion, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the summary judgment motion.

For this reason, Jessy L. McDonald is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motion on or before **July 26, 2007**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 3rd day of July 2007.

/s/ *J. Marschewski*
          HON. JAMES R. MARSCHEWSKI
          UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JESSY L. McDONALD                                              PLAINTIFF

   v.      Civil No. 06-5141

MATTHEW DUNHAM,
Officer Washington County
Detention Center; NURSE
RHONDA BRADLEY; and
DR. HOWARD                                                    DEFENDANTS

**RESPONSE TO SUMMARY JUDGMENT MOTION**

TO:  JESSY L. McDONALD

  These questions and answers will serve as your response to the motion for summary

judgment filed by the defendants.  You may use additional sheets of paper in responding to

these questions.  You must file this response by **July 26, 2007.**

  1.  You were sent from the Arkansas Department of Correction (ADC) to the

Washington County Detention Center (WCDC) on April 19, 2006.

  Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

page 1.

_____

_____

_____

_____

  2.  You were booked into the WCDC on charges of violation of probation and

AO72A
(Rev. 8/82)

violation of a suspended sentence.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

2.

_____

_____

_____

_____

3.   You signed an inmate medical insurance information form agreeing to be

responsible for all your medial treatment while incarcerated at the WCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

1.

_____

_____

_____

_____

4.  You indicated you were allergic to Demerol, Bactrim, Bees, and Milk.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

-3-

_____

_____

_____

5. You completed a medical questionnaire and indicated you had no current health problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 3.

_____

_____

_____

_____

6. You signed a medical release and informed consent for medical services.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

7.  You were assigned county property including a blanket, towel, uniform, mat, shower shoes, and an ID bracelet.

-4-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 4.

_____

_____

_____

_____

8.  On April 21st you submitted a medical request.  You stated you were sick and could not quit throwing up.  You indicated you stayed very cold.  You said your head was killing you and you felt very weak.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

9(A).  In response, you were put on the list to see the doctor and given cold tablets, three times a day, for five days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

(B).  You received the cold tablets.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages

27, 28, and 29.

_____

_____

_____

_____

10.  On April 23rd you submitted a request asking that someone contact Sharp County

because you believed they had a warrant on you for forgery.  You asked that they be advised

you were being held in Washington County.  In response, you were told that you would have

to have someone on the outside contact them.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

-6-

11.  On April 24th you submitted a request stating that you had been told that your ADC check could be put in the books.  You stated it would need to be taken out of your property so that you could sign it and it could be put on your books.  In response you were told that the commissary could not cash your check and that your check would have to stay in your property.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

12.  On April 24th you submitted a request.  You stated when you were booked in on the 19th you could not make your free call because you did not have the phone number you needed.  You stated you now had the number and needed to make the call so you could bond out.  You indicated there was a collect call block on the phone.  In response, you were told you could not be taken to the phone in booking and would have to use the phone in the cell block.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

_____

_____

_____

13.  You were seen by Dr. Howard on April 26th for chest and sinus congestion.  You

indicated you had been on medication for anxiety.  Dr. Howard stated they would get your

records.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

32.

_____

_____

_____

_____

14.  On April 28th at about 7:00 p.m., when Deputy Dunham entered F-Block you

were standing by the door demanding to be moved to a different block.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

-8-

_____

15.  Dunham told you to calm down and back across the yellow box.  You continued to demand that you be moved to another block.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

16.  Dunham called for Deputy Greg Clark to assist him because the detainees in the block were upset.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

17.  When Clark arrived, Dunham told you to pack your belongings.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

-9-

1.

_____

_____

_____

_____

18.   After you were in the hallway, you told Clark and Dunham that you had a physical confrontation with Dustin Thompson, another detainee, over commissary.  You indicated you hit Thompson in the head with some dominoes and the officers better check on Thompson.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

19.   Deputy Jacob Conner arrived and was advised to move you to M-Block in A pod for the safety and security of the facility.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

20.  Clark and Dunham went to check on Thompson and he was sitting on one of the tables with his head down and was unresponsive with what appeared to be blood coming from his head.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

21.  Nurse Susan was notified and asked to come to the block.  EMS was called and Thompson was taken to the hospital.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

-11-

22.  No excessive physical force was used against you by Dunham during the April

28th incident.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

23.   You hit Thompson in the head with a box of dominos that had been placed

inside a sock.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

5.

_____

_____

_____

_____

24.  Thompson was taken to Washington Regional Medical Center where it was

determined he sustained a skull fracture and had several spots where blood was accumulating

on his brain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

-12-

5.

_____

_____

_____

_____

25.  Deputy Fortin report that when he assisted with the April 28th incident you stated:  "You need to check on Dustin.  I hit him with some dominoes."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

26.  On April 29th you submitted a request asking how long you were going to be in the "hole."  You also asked what class felony you were going to be charged with as a result of last night.  You asked if you could find out how Dustin Thompson was doing.  Finally, you asked what your court date would be on the new charge.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 4.

_____

-13-

_____

_____

_____

27.  In response, you were told it had not been determined how long you would be locked down.  You were told you had caused some serious injury to Thompson.  You were told you would be notified if, and when, any charges were filed against you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 4.

_____

_____

_____

_____

28.  On April 29th you asked to know if your money was on your books and if so how much.  Your request was forwarded to commissary for a response.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 5.

_____

_____

_____

_____

-14-

29.  On April 30th you asked if you could have your Bible back.  You stated it was taken when you were put in the "hole."  You also asked when you could be around others.  You stated you were not a mean person that it was just business nothing more.  You also asked if your money was on your books.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 6.

_____

_____

_____

_____

30.  In response, you were told that while you were in M-Block you could not have your property.  You were told it was up a supervisor to release you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 6.

_____

_____

_____

_____

31.  On May 4, 2006, you asked for your legal mail and your Bible.  In response, a note was made that the items were given to you.

-15-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 7.

_____

_____

_____

_____

32.  On May 12th you asked to be allowed to return to general population or protective custody.  In response, you were told you were on lock down status until otherwise noted by the lieutenant.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 8.

_____

_____

_____

_____

33. On May 18th Deputy Steven Barker checked your cell for contraband and found a water bag and blanket.  He asked you about the bag and you stated it was just water.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

-16-

_____

_____

_____

_____

34.  Barker said he was going to check the cell further and you replied:  "Yea, you do that.  You'll don't do searches very well."  Barker then found a shank under the top bunk.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

35.  You were moved to M-23 where there was more light and it would be easier to watch you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

-17-

36.  On May 18th you were charged with one count of battery in the first degree for striking Dustin Thompson in the head with a sock full of dominoes causing a skull fracture and internal bleeding of the brain.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 7.

_____

_____

_____

_____

37(A).  On May 19th you were served with an arrest warrant on the battery charge.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 9.

_____

_____

_____

_____

(B).  Were you convicted of the battery charge?

Answer:  Yes _____ No _____.

If you answered no, please state what happened to this charge.

_____

-18-

_____

_____

_____

38.  Your lock down status was reviewed by Lt. Livermore on May 21st.  Livermore determined you should remain on permanent lockdown status at that time.  Your status was to be reviewed in a week.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 6.

_____

_____

_____

_____

39.  On June 1st Deputy Jared Cypert was in the A-pod hallway when he heard a loud repetitive crashing sound against a door in M-block.  He went into M-block and found you banging on the door and screaming for help in M-21.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 6.

_____

_____

_____

-19-

_____

40.  Cypert climbed the stairs to the mezzanine level and went to check on you.  He observed you clutching your left wrist which was wrapped in your uniform shirt.  You stated you had been standing on your toilet, packing the vent with toilet paper, when you slipped off and landed on your wrist.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 6.

_____

_____

_____

_____

41.  Since Cypert could not open your door without another officer present, he told you to wait for him to return.  Cypert went to A-pod control and briefed Nurse Johnson on your situation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 6.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

42.  Nurse Johnson asked that you be brought to the nurse's station immediately. Deputy Geoff Kimball and Cypert took you to the nurse's station and your wrist was examined and splinted.  You were then taken to Washington Regional Medical Center.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 6.

_____

_____

_____

_____

43(A).  Your wrist was x-rayed and you were told to put ice on it and elevate it.  Your wrist was determined to be sprained.  You were told to wrap it in an ace bandage and that you could take Ibuprofen every six hours as needed for pain.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 6 and page 8.

_____

_____

_____

_____

(B).  You received Ibuprofen.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

-21-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 30.

_____

_____

_____

_____

44.  On June 1st when Corporal Anthony Rueda was in M-block talking with a detainee who was feeling sick in M-23 you interrupted and said:  "Hey Rueda, tell Reese he's my favorite one."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 5.

_____

_____

_____

_____

45.  Rueda asked you why he should relay the message and you replied:  "Because he wouldn't let me keep my book . . . one book man, they're always wondering why these guys go off, but if they would just let us have our books then nobody would go off."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 5.

_____

_____

_____

_____

46.  Rueda told you that when you were on lock down you were not allowed to have

books.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

5.

_____

_____

_____

_____

47.   You replied:  "Oh, I thought it was cause of why I'm in here . . . you know why

I'm in here don't you Rueda?  I almost killed a guy with those dominos, and then they found

a shank in my room that I was going to stab Durham to death with."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

5.

_____

_____

_____

-23-

_____

48.   Rueda ended the conversation and told the sick detainee that he would be looked

at.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

5.

_____

_____

_____

_____

49.  On June 1st Durham reported that while feeding breakfast in A-pod he was in M-

block and talking to you when you stated that due to a previous incident you had made a

shank and were going to stab Durham with it.  Durham informed Sgt. Lunsford and Cpl.

Freeman.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

5.

_____

_____

_____

_____

50.  On June 3, 2006, a probable cause/preliminary report was completed by Officer

Lori Wilson regarding the finding of a knife-type shank in your cell.  You were charged with terroristic threatening and possession or use of weapons by incarcerated persons.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 12.

_____

_____

_____

_____

51.  On June 4, 2006, Livermore reviewed you lock down status and determined your should remain on lockdown.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 5.

_____

_____

_____

_____

52.  On June 7th Barker was doing cell checks when he found a bag with about eight tooth brushes and some tooth paste in your cell as well as a small pencil.  You stated it was yours.  Barker took the bag with all the indigents.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-25-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 5.

_____

_____

_____

_____

53.  On June 7th you submitted a request asking what your charges were and the class on each.  You also asked what the bond was on each charge.  In response, you were told each charge against you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 9.

_____

_____

_____

_____

54.  On June 11th Livermore reviewed your lock down status and determined you should remain on lock down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 8.

_____

-26-

_____

_____

_____

55.  On June 16th you requested something for your stomach and indicated you had diarrhea for the last twenty-four hours.  Nurse Bradley checked on you the following day and you indicated you were okay.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 9.

_____

_____

_____

_____

56(A).  A felony information was filed on you for terroristic threatening and possession of weapons by a incarcerated person on June 16th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit  at page 14.

_____

_____

_____

_____

-27-

(B).  Were you convicted of these charges?

Answer:  Yes _____ No _____.

If you answered no, please state what happened to these charges.

_____

_____

_____

_____

57.  On June 17th Deputy Dale Easton smelled an odor like wintergreen coming from your cell.  He searched your cell for contraband and found a can of husky smokeless tobacco. A rubber glove was wrapped around it and it was taped to the left side of the toilet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 8.

_____

_____

_____

_____

58.  On June 21st you were served with a warrant on the terroristic threatening and possession of a weapon charges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 16.

-28-

_____

_____

_____

_____

59(A).  On July 12th you submitted a medical request complaining of back and hip pain for the last two weeks.  You stated you had a ruptured disk in your back that was very painful.  You stated the bed you sat on all day was making it worse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 10.

_____

_____

_____

_____

(B).  Nurse Bradley noted that you refused to try over-the-counter medications.  Please explain why you refused over-the-counter medications.

_____

_____

_____

_____

(C).  You were put on the list to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-29-

If you disagree, explain.

_____

_____

_____

_____

60.  On July 13th you submitted another medical request.  You complained you were

not getting the same health care as other inmates.  You stated the nurse would not listen to

you when you tried to explain what the problem was with your back.  You indicated the bed

and floor you sat on all day was making your back worse and you were living in pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

11.

_____

_____

_____

_____

61.  In response, Nurse Bradley noted you had been offered over-the-counter

medication the day before and refused.  She also noted you were put on the list to see the

doctor the following week.  Finally, she noted you had been treated at the Batesville

Chiropractic Clinic.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

-30-

11.

_____

_____

_____

_____

62.  On July 16th Deputy Daniel Walker reported that while you were on the yard he did a walk through of your cell and saw a white cup sitting on your bunk.  He looked inside and saw two blue pills.  Walker also found two towels, a blanket, toilet paper to stuff the vents, and a kitchen cup.  Walker removed these items.  Walker contacted the nurse and the pills were identified as Tylenol PM.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 12.

_____

_____

_____

_____

63.  You were seen by Dr. Howard on July 18th.  You told Dr. Howard you had been in a motor vehicle accident about ten years ago.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 32.

_____

_____

_____

_____

64(A).  Dr. Howard prescribed Aleve and stated you could use your mat during the

day if that was possible.  He diagnosed you with back pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

32.

_____

_____

_____

_____

(B).  You received the Aleve.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages

26 and 31.

_____

_____

_____

_____

65.  On July 21st you submitted a grievance stating that you had been told you were to

-32-

be allowed to keep your mat but every morning it was being taken.  Sgt. Fuller responded that

he had spoken with the Captain and he said you were to keep your stuff and Fuller had made

sure it was on the board.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

10.

_____

_____

_____

_____

66.  On July 21st you complained that you had asked to use the phone during your

hour out and been denied.  In response, Sgt. Fuller said you could use the phones any time

during your hour out and the officers would be talked to.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

11.

_____

_____

_____

_____

67.  On July 22nd you submitted a grievance stating you had not had access to radio,

newspaper, or television for twenty-four hours.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

12.

_____

_____

_____

_____

68.  On July 25, 2006, you submitted a grievance stating you had sent in a request for

a § 1983 form and had not received anything back.  In response, you were told the request

had to be sent to the federal district court.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

13.

_____

_____

_____

_____

69.  On July 26th you submitted a medical request asking for help with depression

and anxiety.  You stated that hadn't been sleeping at night because of fear that someone was

trying to hurt you.  You stated you were crying a lot and not eating much.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

-34-

12.

_____

_____

_____

_____

70. You were seen by Nurse Bradley on July 27th.  She noted you wanted Prozac.

You told her that Ozark Guidance Center (OGC) had said that the staff at the jail had to

request an appointment.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

12.

_____

_____

_____

_____

71.  On July 28th you submitted another request for medical attention for anxiety and

depression.  You stated you told the nurse that OGC had told you to put in a medical request

and the nurse would set it up.  When you saw the nurse, you said she would see what could

be done.  You asked what was going on.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

13.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

72.  In response, the nurse stated she had informed you that your attorney needed to ask for a mental evaluation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 13.

_____

_____

_____

_____

73.  On July 28th you submitted a grievance stating you had never gotten your § 1983 form.  In response, you were told you had to write to the U.S. Magistrate for the form.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 14.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

74.  On August 1st Sheriff Helder received a letter stating you were to receive a

forensic evaluation and that as of July 31, 2006, those evaluations were complete.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

18.

_____

_____

_____

_____

75.  On August 8, 2006, you were released to the Benton County Detention Center

(BCDC).

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages

19-20.

_____

_____

_____

_____

76.  You were booked back into the WCDC on August 24, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

21.

_____

_____

_____

_____

77.  Your medical questionnaire completed on August 24th indicated you had heart

problems (mitrovalve prolapse) and were allergic to Demerol and bactrim but had no other

health problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

14.

_____

_____

_____

_____

78.  On August 25th you were transferred to BCDC again.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

25.

_____

_____

_____

_____

-38-

79.  On September 11th you were booked back into the WCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 30.

_____

_____

_____

_____

80.  The medical questionnaire you completed on September 11th indicated you had no health problems other than you were allergic to Demerol, Bactrim, and bees.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 17.

_____

_____

_____

_____

81.  Sgt. Mistee Charles reported that you became very upset when you were taken to cell M-11 where you were to be housed until your court date.  You began to rant and rave in the cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

-39-

36.

_____

_____

_____

_____

82.  The deputies told you to remain calm and when court was over you would return

to Benton County.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

36.

_____

_____

_____

_____

83.  About fifteen minutes later the fire alarm sounded because you had broken the

sprinkler head.  There was a large amount of water bursting out.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

36.

_____

_____

_____

-40-

84(A).  You were secured in a chair but continued to be belligerent.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

36.

_____

_____

_____

_____

(B).  While you were in the chair, you were put on a fifteen minute check.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages

24-25.

_____

_____

_____

_____

85.  You stated you would make the officers' lives a living hell.  You threatened to

break a sprinkler head every time you got near one.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

36.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

86(A).  You were charged with destruction of public property as a result of the

incident.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

38.

_____

_____

_____

_____

(B).  Were you convicted of destruction of public property?

Answer:  Yes _____ No _____.

If you answered no, please state what happened to this charge.

_____

_____

_____

_____

87.  On September 13th you asked to speak to your public defender.  Your request

was faxed.

-42-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 15.

_____

_____

_____

_____

88.  You were transported back to the BCDC on September 13th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 39.

_____

_____

_____

_____

89.  You were booked back into the WCDC on October 4, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 42.

_____

_____

_____

-43-

_____

90.  On your October 4th medical questionnaire you indicated you had no health

problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

22.

_____

_____

_____

_____

91.  Did you submit a grievance about the incident that you allege occurred on June

19, 2006?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) when you submitted the grievance; (b) what

response you received; and (c) attach a copy of the grievance to this summary judgment

response.

_____

_____

_____

_____

_____

_____

-44-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please explain why you did not submit a grievance.

_____

_____

_____

_____

_____

_____

_____

92.  Did you suffer any physical injuries as a result of the June 19th incident?

Answer:  Yes _____ No _____.

If you answered yes, please describe:  (a) the injuries; (b) the symptoms you

-45-

experienced; (c) why you did not submit a request for medical treatment for the injuries; and
(d) how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

93.  Please describe:  (a) what was occurring on June 19th when you allege excessive
force was used against you; (b) the force used against you by Officer Durham; (c) your own
actions; (d) whether you were charged with a disciplinary or crime as a result of your actions;
and (e) whether you were found guilty of either a disciplinary violation or a crime as a result
of your actions.

_____

_____

_____

-46-

-47-

_____

_____

_____

_____

_____

94.  You received all medical care ordered by Nurse Bradley or Dr. Howard.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

95.  All decisions regarding your medical care were made by medical personnel either at the WCDC or at the hospital when you were taken there for treatment.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

96.  WCDC personnel carried out all orders given by Nurse Bradley or Dr. Howard.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-48-

If you disagree, explain.

_____

_____

_____

_____

97.  Please explain in detail how you believe Nurse Bradley exhibited deliberate

indifference to your serious medical needs.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-49-

_____

_____

_____

_____

_____

_____

98.  Please explain in detail how Dr. Howard exhibited deliberate indifference to your

serious medical needs.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-50-

_____

_____

_____

99.  Prior to your incarceration at the WCDC, explain in detail what treatment you were receiving for your anxiety and your back.  Also state why you brought no medication with you to the WCDC.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-51-

_____

100.  Please describe the treatment you received for your anxiety or back during the periods you were incarcerated at the BCDC.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Detail below any further response you would like to make to the motion for summary judgment.  If you have any exhibits you would like the court to consider, you may attach

-52-

them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2007.


_____
JESSY L. McDONALD


-54-