IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JESSY L. McDONALD                                                                                            PLAINTIFF

v.                                              Civil No. 06-5141

MATTHEW DUNHAM,
Officer Washington County
Detention Center; and the
WASHINGTON COUNTY
DETENTION CENTER                                                                              DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Jessy L. McDonald, filed this civil rights action on July 31, 2006. He proceeds *in forma pauperis* and pro se.

When McDonald filed this action, he was incarcerated at the Washington County Detention Center. When a pro se individual files a lawsuit, he is notified by the clerk's office of his obligation to keep the court informed at all times of his current address. He is also advised that failure to keep the court informed of his address may result in the summary dismissal of the action.

On August 28, 2006, mail was returned to the court as undeliverable. The court was able to learn via a website maintained by the Arkansas JusticeXchange, www.justicexchange.com , that McDonald was incarcerated at the Benton County Detention Center. A change of address was entered on his behalf (Doc. 6). All mail that had been returned as undeliverable was re-sent to McDonald.

Thereafter, defendants filed a motion for summary judgment (Doc. 14). To assist the plaintiff in responding, the court prepared a questionnaire (Doc. 17). The plaintiff was directed

-1-

to respond to the questionnaire by July 3, 2007 (Doc. 17).  On July 12th, the summary judgment questionnaire was returned to the court as undeliverable from the Benton County Detention Center.     The court has able to learn via the website maintained by the Arkansas Department of Correction (ADC), www.arkansas.gov/doc/inmate_info/search, that McDonald is currently incarcerated at a unit of the ADC.  A change of address was entered on his behalf (Doc. 18). All mail that had been returned as undeliverable was re-sent to McDonald including the summary judgment questionnaire.  McDonald was given an extension of time until August 15, 2007, to complete, sign, and return to the questionnaire (Doc. 18).

To date, McDonald has not responded to the summary judgment motion.  He has not requested an extension of time to respond to the questionnaire.  He has not communicated with the court in anyway.  Since the change of address was entered on July 24th, no mail has been returned as undeliverable.

I therefore recommend that this case be dismissed based on McDonald's failure to prosecute this action and his failure to obey the orders of this court. Fed. R. Civ. P. 41(b).

**The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st day of August 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)