```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       FAYETTEVILLE DIVISION
```

JESSY L. McDONALD                                          PLAINTIFF

        v.                Civil No. 06-5141

MATTHEW DUNHAM, Officer, Washington
County Detention Center; and the
WASHINGTON COUNTY DETENTION CENTER                        DEFENDANTS

## O R D E R

Now on this 19th day of September, 2007, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #19), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claim is **dismissed**.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE